UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Katherine A. Lee, | ) | C/A No.: 2:06-cv-3287-GRA-RSC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Michael J. Astrue, Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d). Plaintiff's attorney seeks $5,623.20 in attorney's fees at $159.75 per hour for 35.20 hours of work in federal court. The government filed a response in support of the petition for attorney's fees.

After a review of the record, the petition for attorney's fees, and the government's response thereto, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded five thousand six hundred twenty-three dollars and twenty cents ($5, 623.20) in attorney's fees.

1

IT IS SO ORDERED.

*[signature]*

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

December 10, 2007.
Anderson, South Carolina